IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MAEA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTIAN PFEIFFER, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 1:22-cv-00362-ADA-HBK<br><br>ORDER GRANTING MOTION TO MODIFY CASE MANAGEMENT SCHEDULING ORDER |

Pending before the Court is Defendants' Motion to Modify the Case Management Scheduling Order filed April 12, 2023. (Doc. No. 33). Due to on-going discovery, Defendants request to modify the exhaustion-based summary judgment deadline set forth in the Case Management and Scheduling Order (Doc. No. 27) from April 12, 2023 to July 11, 2023. Finding good cause, the Court grants the Motion. Fed. R. Civ. P. 16(b)(4).

Accordingly, it is ORDERED:

1. Defendants' Motion to Modify the Case Management and Scheduling Order (Doc. No. 33) is GRANTED *nunc pro tunc*.
2. The exhaustion–based motion for summary judgment deadline is extended to July 11, 2023.

3. All other provisions of the Court's Case Management and Scheduling Order (Doc. No. 27) remain in effect.

Dated:   April 17, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE