IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MAEA, | Case No. 1:22-cv-00362-ADA-HBK |
| Plaintiff, | ORDER GRANTING EXTENSION TO CASE MANAGEMENT AND SCHEDULING DEADLINE |
| v. | |
| CHRISTIAN PFEIFFER, et al., | (Doc. No. 38) |
| Defendants. | |

Pending before the Court is Defendants' motion to modify the Case Management and Scheduling Order filed July 7, 2023. (Doc. No. 38). Defendants seek a second extension to the deadline to file an exhaustion–based motion for summary judgment in order that the parties may meet and confer as to the statement of undisputed facts. Plaintiff does not oppose the extension. The Court finds good cause to grant a second extension. Fed. R. Civ. P. 16(b)(4).

ACCORDINGLY, it is hereby **ORDERED**:

1. Defendants' motion to modify the Case Management and Scheduling Order (Doc. No. 38) is GRANTED.

2. The deadline to file an exhaustion-based motion for summary judgment is extended to **August 1, 2023**.

1

3. All other provisions of the Court's Case Management and Scheduling Order, (Doc. No. 27) remain in effect.

Dated:   July 13, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE