1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ERNEST MAEA,                          Case No.  1:22-cv-00362-KES-HBK (PC)

12              Plaintiff,                  ORDER GRANTING JOINT MOTION TO
                                            EXTEND CASE MANAGEMENT AND
13        v.                                SCHEDULING DEADLINES

14   CHRISTIAN PFEIFFER, et al.,            (Doc. No. 59)

15              Defendants.

16

17

18

19        Pending before the Court is the parties' Joint Motion to Extend Case Management and

20   Scheduling Deadlines filed May 1, 2024.  (Doc. No. 59).  The Parties request an extension to all

21   pending case management deadlines and the pretrial and trial dates by approximately eight

22   months while the Court reviews Defendants' pending exhaustion-based motion for summary

23   judgment (Doc. No. 42).  The Court finds good cause to grant an extension to certain of the

24   deadlines in the Case Management and Scheduling Order.  Fed. R. Civ. P. 16(b)(4).

25        Accordingly, it is **ORDERED:**

26        1.  The Parties' Joint Motion to Extend Case Management and Scheduling Deadlines

27            (Doc. No. 59) is GRANTED to the extent set forth herein.

28        2.  The following amended dates shall govern the management of this action.

| Action or Event | Date |
|---|---|
| Deadline to complete non-expert discovery | 01/08/2025 |
| Deadline for all parties to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 02/03/2025 |
| Deadline to disclose any expert rebuttal report(s). | 03/10/2025 |
| Deadline to complete expert discovery. | 04/10/2025 |
| Deadline to file pre-trial dispositive motions. | 06/10/2025 |
| Final pretrial conference | 11/17/2025 |
| Trial | 01/20/2026 |

3.  The remaining deadlines and procedures set forth in the January 13, 2023 Case

    Management and Scheduling Order (Doc. No. 27) otherwise shall govern this action.


Dated:   May 23, 2024  

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE