IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MAEA,<br><br>                              Plaintiff,<br><br>        v.<br><br>CHRISTIAN PFEIFFER, et al.,<br><br>                              Defendants. | Case No. 1:22-cv-00362-KES-HBK<br><br>ORDER GRANTING EXTENSIONS TO CASE MANAGEMENT AND SCHEDULING DEADLINES<br><br>(Doc. No. 65) |

Pending before the Court is the parties' joint motion seeking to modify certain deadlines in the already modified Case Management and Scheduling Order filed December 9, 2024. (Doc. No. 65). Due to the recent ruling on Defendants' exhaustion-based motion for summary judgment, the parties seek a further extension to the discovery and dispositive motion deadlines. The parties also require additional time to depose plaintiff, who is incarcerated, and wish to schedule mediation. The Court finds good cause to grant a further extension. Fed. R. Civ. P. 16(b)(4).

ACCORDINGLY, it is hereby **ORDERED**:

1. The parties' joint motion (Doc. No. 65) is GRANTED to the extent set forth below.

    a. The deadline to complete non-expert discovery is extended to May 7, 2025;

b.  The deadline for plaintiff and defendants to disclose expert reports is extended to May 30. 2025 with rebuttal reports extended to June 18, 2025;

c.  The deadline to complete expert discovery is extended to July 11, 2025;

d.  The deadline to advise the Court of settlement, ADR, VDRP efforts is extended to July 15, 2025; and

e.  The deadline to file pre-trial dispositive motions is extend to August 1. 2025.

2.  The Court will not set a pretrial and trial date at this time.

3.  All other procedures set forth in the Court's Case Management and Scheduling Order, (Doc. No. 27) remain in effect.

4.  If the parties wish the Court to set this case for a settlement conference before a U.S. Magistrate Judge, they may contact chambers at any time.

Dated:   December 19, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE