**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MAEA,<br><br>PLAINTIFF,<br><br>v.<br><br>CHRISTIAN PFEIFFER, et al.<br><br>DEFENDANTS. | Case No: 1:22-cv-00362-KES-HBK<br><br>ORDER GRANTING PARTIES' JOINT MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(Doc. No. 67) |

Pending before the Court is the Parties' Joint Motion to Modify the Scheduling Order filed May 2, 2025. (Doc. No. 67, "Motion"). The Parties request a three-month extension to the current discovery and dispositive motion deadlines. (*Id*.). Finding good cause, the Court will grant the Motion and reset the discovery and dispositive motion deadlines.

Accordingly, it is hereby ORDERED:

1. The Parties' Joint Motion to Modify the Scheduling Order (Doc. No. 67) is GRANTED as set forth herein.
2. The following amended deadlines shall govern the management of this action:

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| Deadline to complete non-expert discovery. *See* Fed. R. Civ. P. 37. | 5/7/2025 | 8/7/2025 |
| Deadline for plaintiff to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 5/30/2025 | 9/2/2025 |
| Deadline for defendants to disclose expert report(s). | 5/30/2025 | 9/2/2025 |
| Deadline for disclosing any expert rebuttal report(s). | 6/18/2025 | 9/22/2025 |
| Deadline for Expert discovery. | 7/11/2025 | 10/17/2025 |
| Deadline to file pre-trial dispositive motions. *See* Fed. R. Civ. P. 56. | 8/1/2025 | 11/3/2025 |

**IT IS SO ORDERED.**

Dated:  May 5, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE