1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ERNEST MAEA,                              Case No.  1:22-cv-00362-KES-HBK

12              Plaintiff,                     ORDER GRANTING STIPULATED
                                               MOTION TO EXTEND CASE
13        v.                                   MANAGEMENT AND
                                               SCHEDULING DEADLINES
14   CHRISTIAN PFEOFFER, et al.,
                                               (Doc. No. 78)
15              Defendants.
                                               ORDER DIRECTING DEFENDANTS
16                                             TO NOTIFY COURT OF
                                               PLAINTIFF'S CURRENT PLACE OF
17                                             CONFINEMENT

18

19

20        On August 7, 2025, the parties filed their eighth stipulated motion to further extend the

21   case management deadlines governing this action.  (Doc. No. 78).  The parties explain that they

22   require a short extension to the non-expert discovery deadline to complete depositions.  The

23   parties include a request to participate in a settlement conference.  Thus, the parties request

24   extensions to the expert and dispositive deadlines to conserve resources.  The Court finds good

25   cause to grant one final extension to the previously extended case management deadlines.  Fed. R.

26   Civ. P. 16(b)(4).

27        Accordingly, it is **ORDERED:**

28        1.  The parties' stipulated motion to extend certain case management and scheduling

1    deadlines (Doc. No. 78) is GRANTED to the extent set forth herein.

2        2.   The following deadlines shall govern the management of this action.

3    **Extended Deadlines and Dates**

| Action or Event | Date |
|---|---|
| Deadline to complete non-expert discovery. *See* Fed. R. Civ. P. 37. | 09/15/2025 |
| Deadline for plaintiff to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 11/03/2025 |
| Deadline for defendants to disclose expert report(s). | 11/03/2025 |
| Deadline for disclosing any expert rebuttal report(s). | 12/01/2025 |
| Deadline for expert discovery. | 12/20/2025 |
| Deadline to file pretrial dispositive motions,  See Fed. R. Civ. P. 56. | 02/02/2026 |

3.   The **procedures** set forth in the January 13, 2023 Case Management and Scheduling Order (Doc. No. 27) will continue to govern this action.

4.   The Court this same day set this case for a settlement conference on September 16, 2025 at 9 A.M. before United States Magistrate Judge Dennis Cota on by separate order.  (Doc. No. 80).

5.   Within **five (5) days** of the date on this Order, Defendants shall file a notice advising the Court of Plaintiff's current place of confinement so the Court may issue a writ of habeas corpus to Plaintiff's custodian to ensure attendance at the September 16, 2025 settlement conference.


Dated:    August 12, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2