UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MAEA,<br><br>            Plaintiff,<br><br>    v.<br><br>LT. A. MARTINEZ, *et al.*,<br><br>            Defendants. | Case No.  1:22-cv-00362-KES-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT<br><br>Docs. 69, 77 |

      Plaintiff Ernest Maea is a state prisoner represented by counsel proceeding on his first amended complaint filed pursuant to 42 U.S.C § 1983.  Doc. 8.  Plaintiff's motion for leave to file a second amended complaint, Doc. 69, was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On June 27, 2025, the assigned magistrate judge issued findings and recommendations to deny plaintiff's motion.  Doc. 77.  Specifically, the magistrate judge found that plaintiff had not satisfied the good cause requirement of Federal Rule of Civil Procedure 16(b)(4) in that he did not act diligently in moving to amend after discovering the identities of the parties he now seeks to add as defendants.  *Id.* at 4–6.

      The findings and recommendations contained notice that any objections thereto were to be filed within fourteen days of service.  *Id.* at 6.  No objections have been filed and the time to do so has passed.  *See* docket.

1

1    In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of
2    this case. After carefully reviewing the file, the Court finds the findings and recommendations
3    are supported by the record and proper analysis.
4    Accordingly:
5    1.   The findings and recommendations issued on June 27, 2025, Doc. 77, are adopted
6         in full; and
7    2.   Plaintiff's motion for leave to file a second amended complaint, Doc. 69, is denied.

IT IS SO ORDERED.

Dated:   September 13, 2025

UNITED STATES DISTRICT JUDGE

2