UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MAEA,<br><br>            Plaintiff,<br><br>   v.<br><br>LT. A. MARTINEZ, et al.,<br><br>           Defendants. | Case No. 1:22-cv-00362-KES-HBK<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DAMAGES-RELATED EXPERT DEADLINE ONLY<br><br>(Doc. No. 92) |

On October 17, 2025, the parties filed a ninth stipulated motion concerning the case management deadlines governing this action. (Doc. No. 92). Specifically, the parties request an extension to the damages-related expert deadline to four-weeks after a final order on dispositive motions has been entered. (*Id.* at 2). The parties state they will be in a better position to discuss potential settlement after the court rules on dispositive motions. (*Id.*). The parties request this extension to conserve resources. Because of the potential for dispositive motions to resolve the issues in this case, and/or the potential of the parties to reach a settlement agreement if dispositive motions do not resolve this case in its entirety, the Court finds good cause to grant an extension to the damages-related expert deadline only. Fed. R. Civ. P. 16(b)(4).

Accordingly, it is ORDERED:

1. The parties' stipulated motion to extend the damages related expert deadline only (Doc. No. 92) is GRANTED to the extent set forth herein.

2. The deadline for the parties to disclose their damages-related expert is four weeks after the court enters a final order on any dispositive motion.

3. The remaining deadlines previously set forth in the Court's August 13, 2024 Order (Doc. No. 81) and procedures set forth in the January 13, 2023 Case Management and Scheduling Order (Doc. No. 27) otherwise shall govern the management of this action.

Dated: October 21, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2