UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MAEA, by and through his power of attorney, LASHARA MAEA<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN PFEIFFER, Warden of KVSP, in his individual capacity, et al.,<br><br>Defendants. | Case No. 1:22-cv-00362-KES-HBK<br><br>ORDER GRANITNG JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 97) |

This matter comes before the Court for the parties' Joint Stipulated Motion to Extend Briefing Schedule for Defendants' Motion for Summary Judgment.

Finding good cause, the Court will grant the parties' request.

Accordingly, I tis here by ORDERED:

1. The parties' stipulated motion for extension of time to the briefing schedule (Doc. 97) is GRANTED.

2. The following schedule shall govern the responsive pleading and reply deadlines.

-1-

ORDER ON JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE FOR
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| MATTER: | CURRENT DATE: | REQUESTED DATE: |
|---|---|---|
| Deadline to file Dispositive Motion | March 4, 2026 | Not Changed |
| Deadline to file Opposition to Dispositive Motion | March 18, 2026 | April 2, 2026 |
| Deadline to file Reply ISO Dispositive Motion | March 27, 2026 | April 23, 2026 |

3.  The parties remain bound to follow all procedures previously set forth in the Court's January 13, 2023, Case Management and Scheduling Order (Doc. No. 27.)

**IT IS SO ORDERED.**

.

Dated:  ___March 8, 2026___

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

ORDER ON JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE FOR
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT